IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00160-REB-MEH

LINDA E. HAITHCOX and
LORETTA A. PERRY-WILBORNE,

    Plaintiffs,

v.

THE GEO GROUP, INC.; A Florida corporation;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 6, 2007.**

The parties' Stipulated Motion for Protective Order [filed July 31, 2007; Docket #17] is **granted**. The Stipulated Protective Order will be filed contemporaneously with this Order.