**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00160-REB-MEH

LINDA E. HAITHCOX, and
LORETTA A. PERRY-WILBORNE,

    Plaintiffs,

v.

THE GEO GROUP, INC., a Florida corporation,

    Defendant.

**ORDER OF DISMISSAL AS TO
PLAINTIFF LORETTA A. PERRY-WILBORNE**

**Blackburn, J.**

    The matter comes before the court on the **Stipulated Motion To Dismiss Loretta A. Perry-Wilborne Only and To Amend Caption** [#23], filed September 28, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted, that plaintiff Loretta A. Perry-Wilborne should be dismissed from this action, and the case caption should be amended.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss Loretta A. Perry-Wilborne Only and To Amend Caption** [#23], filed September 28, 2007, is **GRANTED**;

    2. That plaintiff Loretta A. Perry-Wilborne is **DISMISSED** with the parties to pay their own attorney fees and costs; and

2

3.  That plaintiff, Loretta A. Perry-Wilborne, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated September 28, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**