**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-00160-REB-MEH

LINDA E. HAITHCOX,

      Plaintiff,

v.

THE GEO GROUP, INC., a Florida corporation,

      Defendant.

---

**ORDER DISMISSING**
**PLAINTIFF'S CLAIMS IV AND V OF THE COMPLAINT**

---

**Blackburn, J.**

      The matter comes before the court on the **Stipulated Motion For Partial Dismissal Of Claims** [#29], filed November 27, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims IV and V of her **Complaint And Jury Demand** [#1], filed January 22, 2007, should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulated Motion For Partial Dismissal Of Claims** [#29], filed November 27, 2007, is **APPROVED**;

      2. That plaintiff's claims IV and V of her **Complaint And Jury Demand** [#1], filed January 22, 2007, are **DISMISSED WITH PREJUDICE**; and

      3. That counsel shall comply with the practice standards of this court, including

REB Civ. Practice Standard II.J.1, which is implicated by the filing of the **Stipulated Motion For Partial Dismissal Of Claims** [#29], filed November 27, 2007.

Dated November 28, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**