## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

**Date: June 23, 2008**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

_____

**Civil Case No.  07-cv-00160-REB-MEH**

LINDA E. HAITHCOX,                                        Nelson Alston

     Plaintiff,

v.

GEO GROUP INC., THE                                      David DeMuro
*a Florida corporation,*                                 Shelby Felton

     Defendant.
_____

### COURTROOM MINUTES - JURY TRIAL DAY FIVE
_____

**8:18 a.m.      Court in session**.

The jury is not present.

The Court's purposed jury instructions have been tendered to counsel.

The Court and counsel review the purposed jury instructions.

The Defendant tenders to the Court additional purposed jury instruction.

**It was ORDERED:**

    1.      That the court's jury instructions 1 through 23 and the verdict form are approved for inclusion in the court's final charge to the jury.

    2.      That all other proposed and tendered instructions and verdict forms are respectfully rejected, including the defendant's tendered instruction 1 through 7.

**8:35 a.m      Court in recess.**
**9:02 a.m.      Court in session**.

The jury is present.

The jury instructions and verdict forms are tendered to the jury.

9:06 a.m.      The Court instructs the jury.

9:54 a.m.      Closing argument by Mr. Alston for the Plaintiff.

**10:25 a.m.    Court in recess**
**10:42 a.m.    Court in session.**

10:42 a.m.     Closing argument by for the Defendant.

11:27 a.m.     Rebuttal argument for the Plaintiff.

The Courtroom Deputy and Court Security Officer are sworn.

11:40 a.m      The case is submitted to the jury.

**11:42 a.m.    Court in recess and shall reconvene at 4:45 p.m. unless notified by the court.**

12:25 p.m.     The jury informs the Court that they have reached a verdict.

12:29 p.m.     Counsel are notified.

**1:05 p.m.     Court in session.**

The jury is present.

The Court publishes the verdict as follows:

We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed:

1.    Do you find that plaintiff, Linda E. Haithcox, has proven by a preponderance of the evidence all of the three (3) essential elements of her claim for intentional racial discrimination based on her termination, as set forth in Instruction No. 7?

      Answer:      No

2.    Do you find that plaintiff, Linda E. Haithcox, has proven by a preponderance of the evidence all of the five (5) essential elements of her

2

claim of hostile work environment race and/or gender discrimination, as set forth in Instruction No. 11?

Answer:     No

The Court polls the jury.

The jury is excused and dismissed from further jury duty with the thanks of the Court.

**It was ORDERED**:

1.    That the Defendant's mid-trial and post-evidentiary Motions for Entry of Judgment as a Matter of Law under Rule 50(a)(1) are **denied as moot**;

2.    That judgment shall enter for the defendant and against the plaintiff as to all of the plaintiff's claims;

3.    That motions seeking post-trial relief under a specific Federal Rule of Civil Procedure shall be initiated , marshaled, and determined in the time and manner prescribed by that applicable rule of civil procedure and the court's local Rule 7.1; and

4.    That costs shall be taxed and allowed the defendant as prescribed under rule 54(d)(1) and local Rule 54.1.

**1:17 p.m.    Court in recess.**

*Total in court time: 2 hours and 40 minutes - trial concluded*